No. 04–10361. HINKLE v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–10362. GARCIA-LOPEZ v. FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10363. HARRIS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–10364. MILLER-BATES v. WACHOVIA BANK, N. A. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–10366. BUCKLEY v. SOCIAL SECURITY ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 04–10367. TAEK SANG YOON v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10370. COLON v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 04–10372. HOWARD v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10376. FRISBEE v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10380. HOLLOWAY v. MONEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10381. ROWELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10383. PREVENSLIK v. UNIVERSITY OF CHICAGO ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10384. PRATT v. WILEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10386. METZENBAUM v. DEPARTMENT OF HOMELAND SECURITY. C. A. Fed. Cir. Certiorari denied.